UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TERESA M. BURGESS                                                                                        PLAINTIFF

v.                                                                         CIVIL ACTION NO. 3:13cv665-DPJ-FKB

JP MORGAN CHASE BANK, N.A.; et al.                                                       DEFENDANTS

ORDER TO SHOW CAUSE

This mortgage-loan dispute is before the Court on Defendant JPMorgan Chase Bank, N.A.'s ("Chase") Motion for Judgment on the Pleadings [6] filed February 13, 2015.  Plaintiff Teresa M. Burgess's response was due on March 3, 2015.  To date, Plaintiff has neither responded nor requested additional time to respond.  Therefore, the Court orders that by March 23, 2015, Burgess shall either respond to the motion or advise the Court that she intends to confess the motion.  Failure to timely respond to this order may result in an order granting the motion.

**SO ORDERED AND ADJUDGED** this the 13th day of March, 2015.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE